Ninepoint Canadian Senior Debt Master Fund L.P. )
                                                 )
                 Plaintiff(s),                   )
                                                 )
        v.                                       )
                                                 )
PACEM Defense LLC, et al.                         )
                                                 )
                 Defendant(s).                   )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

___PACEM Estate Holdings LLC___ who is ___Defendant___,
(name of party/intervenor)        (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯            NO ●

2. Does the party/intervenor have any parent corporations?

   YES ◯            NO ●

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:



3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯            NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ◯          NO ◉

5. Is the party/intervenor a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| CM Blind Trust (Revocable Trust) | FL |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Elizabeth A. Green and /s/ Wilson Quick (LCR 83.1(d) Counsel)

Date: 04/08/2026

2